UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

_____
DEAN MANIBOG            )
                        )
    Plaintiff          )    Case Number: 09-cv-1354
                        )
vs.                     )
                        )    CIVIL COMPLAINT
UNITED COLLECTION       )
BUREAU, INC.            )    JURY TRIAL DEMANDED
                        )
    Defendant          )
_____)

## NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that plaintiff, DEAN MANIBOG, pursuant to Rule 41(a)(1)(i) of the Rules of the United States District Court, hereby dismisses the action captioned above, with prejudice.

    BY: /s/ Bruce K. Warren
        Bruce K. Warren, Esquire
        Attorney for Plaintiff
        Attorney I.D. #89677
        Warren & Vullings, LLP
        1603 Rhawn Street
        Philadelphia, PA  19111
        215-745-9800